# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| **Ramond Rudone Ramsey,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00327-MR |
| | ) | 1:96-cr-00021-MR |
| vs. | ) | |
| | ) | |
| **Loretta Lynch et al,** | ) | |
| | ) | |
| Respondents, | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 23, 2016 Order.

November 23, 2016

Frank G. Johns, Clerk
United States District Court